MICHAEL IAN GAREY
Attorney at Law
714 North Spurgeon
Santa Ana, California 92701

Attorney for Defendant
LEONEL ANDAYA-DUARTE

ORIGINAL

LODGED
APR 2 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT OF CALIFORNIA

### EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06-cr-126-AWI-2 |
| Plaintiff/Appellee, ) | |
| ) | |
| v. ) | |
| ) | SUBSTITUTION OF ATTORNEY |
| LEONEL ANDAYA-DUARTE, ) | |
| ) | FILED |
| Defendant/Appellant. ) | MAY - 3 2006 |
| ) | CLERK, U.S. DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |
| | BY _____ DEPUTY CLERK |

Defendant Leonel Andaya-Duarte, hereby substitutes Michael Ian Garey Attorney at Law at 714 North Spurgeon, Santa Ana, California, telephone number (714) 834-0950, as attorney of record in place and instead of Victor Chavez, Federal Defender, 2300 Tulare Street, Suite 330, Fresno, California.

I hereby consent to substitute in as attorney in this case.

Dated: 4/11/06

_____
Michael Ian Garey, Esq.

I hereby consent to be relieved as attorney in this case.

Dated: 4/25/06

_____
Victor Chavez, Fed. Def.

I hereby consent to this substitution of attorney

Dated: 4/8/06

_____
Leonel Andaya-Duarte

MICHAEL I. GAREY/BAR #50565
ATTORNEY AT LAW
714 North Spurgeon
Santa Ana, California 92701
Ph. (714) 834-0950
Fax (714) 834-0950

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA Plaintiff(s) v. | CASE NUMBER 06-CR-001-AWI-2 |
|---|---|
| LEONEL ANDAYA-DUARTE Defendant(s). | SUBSTITUTION OF ATTORNEY |

Leonel Andaya-Duarte ☐ Plaintiff ☒ Defendant ☐ Other
(Name of Party)

Hereby substitutes  Michael Ian Garey  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court    ☐ Pro Per

714 North Spurgeon                           Santa Ana, California 92701
(Street Address)                              (City, State, Zip)

(714) 834-0950          (714) 571-0867                 50565
(Telephone Number)        (FAX Number)            (State Bar Number)

as attorney of record in place and stead of  Victor Chavez
(Present Attorney)

Dated  4/8/06                              Leona andava
                                          Signature of Party

I have given proper notice pursuant to Local Rule 2.8 and further consent to the above substitution.

Dated  4/25/06                             X Victor M. Chavez
                                          Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 2.3.

Dated  7/11/06                             
                                          Signature of New Attorney

**Substitution of Attorney is hereby**   ☒ APPROVED   ☐ DENIED.

Dated  5-3-06                             
                                          **United States District Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your fax number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper fax number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the court's website at www.cacd.uscourts.gov.*

G-1 (07/00)                    SUBSTITUTION OF ATTORNEY