```
 1  MICHAEL IAN GAREY/Bar#50565
    Attorney at Law
 2  714 N. Spurgeon
    Santa Ana, Ca.  92701
 3  (714) 834-0950

 4  Attorney for Defendant
    LEONEL ANDAYA-DUARTE
 5
```



FILED
MAR 2 3 2007
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT

1:06-CR-126-LJO-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LEONEL ANDAYA-DUARTE,<br><br>  Defendant(s). | Case No.: 06-CR-001-AWI-2<br>STIPULATION REGARDING<br>CONTINUANCE OF TRIAL, AND<br>EXCLUDABLE TIME UNDER<br>SPEEDY TRIAL ACT;<br>[PROPOSED] ORDER |

Plaintiff United States of America and defendants LEONEL ANDAYA-DUARTE, MARIO JURADO PENA, AND LISBET VICTORIO-BALLINAS through counsel, hereby stipulate and agree as follows:

1. The motion date be continued to February 26, 2007.

2. The instant continuance is requested as efforts are still ongoing to settle the case.

3. For these reasons, the parties hereby stipulate and agree that the ends of the justice is served by continuing the motion date and outweigh the interest of the public and defendants in a speedy trial. See 18 U.S.C. §§ 3161(h)(8)(A). Accordingly, for purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161 et seq., within which the trial in this matter must commence, the period of

1

1  time from January 22, 2007 until February 26, 2007, inclusive, should
2  be deemed excludable from the Speedy Trial Act, pursuant to 18 U.S.C.
3  §3161 (h)(8)(A).
4       4.   The parties further stipulate and agree that nothing in this
5  stipulation and order shall preclude a finding that other provisions
6  of the Speedy Trial Act dictate that additional time periods are
7  excludable from the period within which trial must commence.

9  It is so stipulated:

10 Date___/___/___
11                                    Michael Ian Garey
                                      Attorney for Defendant
12                                    LEONEL ANDAYA-DUARTE

13 Date___/___/___
14                                    David Vahe Balakian
                                      Attorney for Defendant
15                                    Mario Jurado Pena

16 Date___/___/___
17                                    James R. Homola
                                      Attorney for Defendant
18                                    Lisbet Victorio-Ballinas

19 Date 1/10/07
20                                    Kevin P. Rooney
                                      Assistant United States Attorney

28                                    2

1  time from January 22, 2007 until February 26, 2007, inclusive, should
2  be deemed excludable from the Speedy Trial Act, pursuant to 18 U.S.C.
3  §3161 (h)(8)(A).
4      4.  The parties further stipulate and agree that nothing in this
5  stipulation and order shall preclude a finding that other provisions
6  of the Speedy Trial Act dictate that additional time periods are
7  excludable from the period within which trial must commence.
8
9  It is so stipulated:
10
11 Date __/__/__
                                Michael Ian Garey
12                              Attorney for Defendant
                                LEONEL ANDAYA-DUARTE
13
   Date 1/15/07
14                              _____
                                David Vane Balakian
15                              Attorney for Defendant
                                Mario Jurado Pena
16
17 Date __/__/__
                                James R. Homola
                                Attorney for Defendant
18                              Lisbet Victorio-Ballinas
19
   Date __/__/__
20
                                Kevin P. Rooney
21                              Assistant United States Attorney

2

01/10/2007 Case 1:06-cr-00126-DAD Document 53 Filed 03/23/07 Page 4 of 5 ☒01/01
01/10/2007 Case 1:06-cr-00126-LJO Document 46 Filed 01/16/2007 Page 4 of 5 ☒003
MICHAEL IAN GAREY

1  time from January 22, 2007 until February 26, 2007, inclusive, should
2  be deemed excludable from the Speedy Trial Act, pursuant to 18 U.S.C.
3  §3161 (h)(8)(A).
4      4.   The parties further stipulate and agree that nothing in this
5  stipulation and order shall preclude a finding that other provisions
6  of the Speedy Trial Act dictate that additional time periods are
7  excludable from the period within which trial must commence.
8
9  It is so stipulated:
10
11 Date___/___/___
                            Michael Ian Garey
12                          Attorney for Defendant
                            LEONEL ANDAYA-DUARTE
13
14 Date___/___/___
                            David Vahe Balakian
                            Attorney for Defendant
15                          Mario Jurado Pena
16
17 Date___/___/___
                            James R. Homola
                            Attorney for Defendant
18                          Lisbet Victorio-Ballinas
19
20 Date___/___/___
                            Kevin P. Rooney
                            Assistant United States Attorney
21
22
23
24
25
26
27
28                                   2

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, that this matter, currently set for Motions on January 22, 2007 is continued to February 26, 2007 and that for the reasons set forth by the parties, the period of time between January 22, 2007 and February 26,, 2007 is deemed excludable from the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: 3/23/07

Judge Anthony W. Ishii

3