```
MICHAEL IAN GAREY
Attorney at Law Cal. Bar #50565
714 N. Spurgeon
Santa Ana, California
92701
Telephone: 714-834 0950
Fax: 714-571-0867

Attorneys for Defendant
LEONEL DUARTE ANDAYA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA , <br><br> Plaintiff, <br><br> v. <br><br> LEONEL DUARTE ANDAYA, <br><br> Defendant. | CASE NO. 06-CR-0126-AWI <br><br> **ORDER FOR STIPULATION TO CONTINUE SENTENCING HEARING;** <br><br> Current Date: June 29, 2007 <br> Current Time: 9:00 a.m. <br><br> Proposed Date: July 27, 2007 <br> Proposed Time: 9:00 a.m. |

PROPOSED ORDER

The sentencing hearing in this matter is hereby ordered to be continued to July 27, 2007 at 9:00am. Good cause exists for the continuance as set forth in the stipulation.

*IT IS SO ORDERED.*

*Dated:   May 31, 2007*            */s/ Lawrence J. O'Neill*
                                    *UNITED STATES DISTRICT JUDGE*