

1  MICHAEL IAN GAREY/Bar#50565
   Attorney at Law
2  714 North Spurgeon
   Santa Ana, Ca.  92701
3  714-834-0950

4  Attorney for Defendant
   Leonel Andaya-Duarte

5

            **UNITED STATES DISTRICT COURT**
6       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8  UNITED STATES OF AMERICA    )   CASE NO. 06 CR-0126-LJO2
                               )
9              Plaintiff,      )   [~~PROPOSED~~] ORDER
   v.                          )
10                             )
                               )
11 LEONEL ANDAYA-DUARTE,       )
                               )
12             Defendant.      )
                               )
13                             )

**PROPOSED ORDER**

The sentencing hearing in this matter is hereby continued to August 31, 2007. Good cause stated in the stipulation

Dated: July 24, 2007

_____
United States District Judge